UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN (STEVE) A. CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>DAKTRONICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:25-cv-00688-JRS-MKK |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

The Court, having considered the Joint Stipulation of Dismissal with Prejudice submitted by the parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each party to bear his/its own costs, including attorneys' fees.

SO ORDERED.

Date: 3/6/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.
AND
Steven (Steve) A. Carroll
18150 Lake Winds Drive
Westfield, IN 46074

4921-5543-1824, v. 1